**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*FILED*

JUL 1 8 2003

MAGISTRATE JUDGE
GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| NEVLES TRAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | 02 C 4766 |
| | ) | |
| v. | ) | Magistrate Judge Brown |
| | ) | |
| OFFICER RAYMOND PIWNICKI, Star No. 7858, | ) | (Consent) |
| OFFICER ROBERT SMITH, Star No. 19314, | ) | |
| in their individual capacities; and the CITY OF | ) | |
| CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**DOCKETED**

JUL 2 2 2003

## RELEASE AND SETTLEMENT AGREEMENT

Plaintiff Nevles Traylor, by his attorney, Craig B. Futterman, and the defendant City of

Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and

defendants Robert Smith and Raymond Piwnicki, by their attorney, Liza M. Franklin, Assistant

Corporation Counsel of the City of Chicago, herein stipulate and agree to the following:

1.      This action has been brought by Plaintiff Nevles Traylor against defendants

Robert Smith and Raymond Piwnicki and the City of Chicago, and makes certain allegations

contained in plaintiff's complaint.

2.      Defendants deny each and every allegation of wrongdoing as stated in plaintiff's

amended complaint, and, further, deny liability.

3.      The parties and their respective attorneys acknowledge that settlement of this

claim is not an admission of liability, or of unconstitutional or illegal conduct by or on the part of

any defendant and/or the City of Chicago's future, current or former officers, agents and

employees, and shall not serve as evidence or notice of any wrongdoing by or on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees. The parties and their respective attorneys further acknowledge that settlement is made to avoid the uncertainty of the outcome of litigation and the expense in time and money of further litigation and for the purpose of judicial economy. Plaintiff and his attorney agree that they or any firm with which said attorney is affiliated or with which said attorney may later become affiliated shall not use this settlement as notice of misconduct on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees, or for any other purpose in any other litigation, unless otherwise ordered or approved by the court, and that any such use is inconsistent with the terms of this Release and Settlement Agreement.

4.    In consideration of the hereinafter indicated settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiff Nevles Traylor, agrees to dismiss with prejudice all of his claims against defendants, City of Chicago and Robert Smith and Raymond Piwnicki, with each side bearing its own costs and attorneys' fees.

5.    Plaintiff Nevles Traylor accepts a settlement from defendant, City of Chicago, in the total amount of THIRTY THOUSAND AND NO/100 ($30,000.00) DOLLARS: TWENTY-FOUR THOUSAND AND N0/100 DOLLARS ($24,000.00) to be paid to plaintiff Nevles Traylor, and costs and attorneys' fees in the total amount of SIX THOUSAND AND NO/100 DOLLARS ($6,000.00) to be paid to the Edwin F. Mandel Legal Aid Clinic.

6.    The City of Chicago agrees to pay plaintiff the total settlement amount within sixty (60) days after receipt by the Corporation Counsel's Office of a file-stamped copy of the Agreed Order of Dismissal. This sum shall be payable solely by the City of Chicago, and

2

plaintiff and/or his attorney agree that they will not seek payment from any source other than the City of Chicago. A settlement check in the amount of TWENTY FOUR THOUSAND AND NO/100 DOLLARS ($24,000) will be made payable to plaintiff and lien claimants, if any, of which the City has notice. The City of Chicago shall make payable a check of SIX THOUSAND AND NO/100 DOLLARS ($6,000.00) directly to the Edwin F. Mandel Legal Aid Clinis for costs and attorneys' fees.

7.    In consideration of this settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiff agrees to indemnify and hold harmless the City of Chicago, and its future, current, or former officers, agents and employees including, but not limited to, the individual defendants Robert Smith and Raymond Piwnicki, from any claims, losses, damages or expenses, including attorneys' fees and costs, incurred, or which may be incurred, by reason of any lien or any other claim or interest held by any person, entity or corporation against any moneys received or to be received by plaintiff under this settlement entered pursuant to this Release and Settlement Agreement.

8.    Plaintiff, upon advice of counsel, understands and agrees that in consideration of the settlement entered pursuant to this Release and Settlement Agreement, plaintiff does hereby release and forever discharge on behalf of himself and his heirs, executors, administrators and assigns, all claims he had or has or may have in the future against the individual defendants Robert Smith and Raymond Piwnicki, and the City of Chicago, and its future, current or former officers, agents and employees, under local, state, or federal law, arising either directly or indirectly out of the incident which was the basis of this litigation, and that such release and discharge also is applicable to any and all unnamed and/or unserved defendants.

3

9.      This Release and Settlement Agreement and any documents that may be executed under paragraph 12 herein contain the entire agreement between the parties with regard to the settlement of this action, and shall be binding upon and inure to the benefit of the parties hereto, jointly and severally, and the heirs, executors, administrators, personal representatives, successors, and assigns of each.

10.     This Release and Settlement Agreement is entered into in the State of Illinois and shall be construed and interpreted in accordance with its laws. Terms contained herein shall not be construed against a party merely because that party is or was the principal drafter.

11.     In entering into this Release and Settlement Agreement, plaintiff represents that he has relied upon the advice of his attorney, who is the attorney of his own choice, and that the terms of this Release and Settlement Agreement have been interpreted, completely read and explained to him by his attorney, and that those terms are fully understood and voluntarily accepted by plaintiff. Plaintiff also represents and warrants that no other person or entity has or has had any interest in the claims or causes of action referred to herein, that he and his attorney have the sole right and exclusive authority to execute this Release and Settlement Agreement and receive the sums specified herein, and that they have not sold, assigned, transferred, conveyed, or otherwise disposed of any of the claims or causes of action referred to herein.

12.     All parties agree to cooperate fully and to execute a Stipulation to Dismiss and any and all supplementary documents and to take all additional actions which are consistent with and which may be necessary or appropriate to give full force and effect to the basic terms and intent of this Release and Settlement Agreement.

4

_Nevles Traylor_
NEVLES TRAYLOR, plaintiff

_4938 S Racine
1Rear Chicago Ill_
Address _60609_

Date of birth: _12-12-59_
*SSN:_____

_Cecil_

CRAIG B. FUTTERMAN
Attorney for plaintiff
Edwin F. Mandel Legal Aid Clinic
6020 South University
Chicago, Illinois 60637
(772) 702-9611
Attorney No. 6206936

DATE: _July 14, 2003_


*Providing SSN is voluntary

City of Chicago
a Municipal Corporation

Mara S. Georges
Corporation Counsel
Attorney for City of Chicago  Address:

_[signature]_
ALEC M. McAUSLAND
Assistant Corporation Counsel
30 North LaSalle Street
Suite 900
Chicago, Illinois  60602
(312) 744-2836
Attorney No. 06202724
DATE: _7/18/03_

_[signature]_
LIZA M. FRANKLIN
Assistant Corporation Counsel
Attorney for defendants Piwnicki and Smith
30 North LaSalle Street
Suite 900
Chicago, Illinois  60602
(312) 742-0170
Attorney No. 06216088

DATE: _7/14/03_